NO. 26-2806

---

UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT

---

X.AI LLC,
*PLAINTIFF - APPELLANT*

v.

Keith Ellison,
IN HIS OFFICIAL CAPACITY AS ATTORNEY GENERAL,
*DEFENDANT – APPELLEE*

APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA
NO. 0:2026-CV-03425

---

# MOTION OF THE LIBERTY JUSTICE CENTER TO FILE AS AMICUS CURIAE

---

Timothy R. Snowball
Timothy Kilcullen
LIBERTY JUSTICE CENTER
1629 K Street NW
Suite 300
District of Columbia, 20006
(512) 481-4400
tsnowball@ljc.org
tkilcullen@ljc.org
*Counsel for Liberty Justice Center*

## Motion for Leave to File Amicus Brief

Liberty Justice Center (LJC) respectfully requests leave to the attached amicus brief in support of Plaintiff-Appellants. The brief that LJC proposes to file is attached as Exhibit A, along with its certificate of compliance.

## Interest of Amicus Curiae

Amicus curiae Liberty Justice Center (LJC) is a nonprofit, nonpartisan, public-interest litigation firm that seeks to protect economic liberty, private property rights, free speech, and other fundamental rights. LJC filed a brief in support of the Plaintiff-Appellant on the same issues at the district court below. LJC submits this brief because the district court's ruling represents a fundamental threat to the free speech rights of millions of people, both within and outside of Minnesota.

Dated: September 18, 2026

Respectfully Submitted,

/s/ Timothy R. Snowball
Timothy R. Snowball
Timothy Kilcullen

LIBERTY JUSTICE CENTER
1629 K Street NW
Suite 300
District of Columbia, 20006
(512) 481-4400
tsnowball@ljc.org
tkilcullen@ljc.org
*Counsel for Amicus*

*Liberty Justice Center*

## CERTIFICATE OF SERVICE

I hereby certify that on September 18, 2026, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Eighth Circuit by using the CM/ECF System. I certify that all participants in this case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

/s/ Timothy Kilcullen

Timothy R. Snowball
Timothy Kilcullen
LIBERTY JUSTICE CENTER
1629 K Street NW
Suite 300
District of Columbia, 20006
(512) 481-4400
tsnowball@ljc.org
tkilcullen@ljc.org
*Counsel for Amicus*
*Liberty Justice Center*