**UNITED STATES COURT OF APPEALS**
**FOR THE EIGHTH CIRCUIT**

No. 26-2806

X.AI LLC

Appellant

v.

Keith M. Ellison, in his official capacity as Attorney General of Minnesota

Appellee

---

Appeal from U.S. District Court for the District of Minnesota
(0:26-cv-03425-DWF)

---

**ORDER**

Liberty Justice Center has filed a motion for permission to file an amicus brief and has tendered a proposed amicus brief on behalf of Appellant. The parties are hereby notified that they have ten (10) days from the date of this order to file objections to the motion. If at the end of that time no objections have been filed, the motion will be granted, and the brief will be filed.

September 21, 2026

Order Entered Under Rule 27A(a):
Clerk, U.S. Court of Appeals, Eighth Circuit.

/s/ Susan E. Bindler