No. 26-2806

IN THE

# United States Court of Appeals for the Eighth Circuit

X.AI LLC,
Plaintiff-Appellant,

v.

KEITH ELLISON, IN HIS OFFICIAL CAPACITY, AS ATTORNEY GENERAL OF MINNESOTA
Defendant-Appellee.

On Appeal From
The United States District Court for the District of Minnesota
No. 0:26-cv-03425-DWF-DTS
Judge Donovan W. Frank

## PLAINTIFF-APPELLANT'S UNOPPOSED MOTION TO AMEND THE CAPTION TO REFLECT A NAME CHANGE

Pursuant to Rule 27 of the Federal Rules of Appellate Procedure and Rule 27(A) of the Eighth Circuit Rules of Appellate Procedure, Plaintiff-Appellant X.AI LLC, by and through its undersigned counsel, hereby moves to amend the caption in this appeal to reflect a name change. The grounds for this Motion are as follows:

1. On September 4, 2026, Appellant X.AI LLC initiated the above-captioned appeal.

2. Subsequently, the undersigned learned that "X.AI LLC" changed its name to "SpaceXAI LLC" on August 6, 2026. It remains the same legal entity.

3. The district court record and the notice of appeal use the former name "X.AI LLC."

4. This name change was identified in both Appellant's Corporate Disclosure Statement and Appellant's Emergency Motion for an Injunction Pending Appeal.

5. In light of this name change and in the interest of accuracy, Appellants request that the caption of this appeal be amended to reflect that the legal name of Appellant is "SpaceXAI LLC."

6. Counsel for Appellee, Janine Kimble, was consulted regarding this Motion and she advised that Appellee has no objection to the granting of this Motion.

WHEREFORE, Appellants respectfully request that the caption of this appeal be amended to reflect that the legal name of Appellant is "SpaceXAI LLC."

Dated: September 23, 2026

Respectfully submitted,

*/s/Robert E. Dunn*

Robert E. Dunn
*Counsel of Record*
EIMER STAHL LLP
1999 S. Bascom Avenue
Suite 1025
Campbell, CA 95008
(408) 889-1690
RDunn@eimerstahl.com

Johnathan Hall
EIMER STAHL LLP
224 S. Michigan Avenue
Suite 1100
Chicago, IL 60604
(312) 660-7600
jhall@eimerstahl.com

Kenton J. Skarin
Reid Coleman
SPACEXAI LLC
800 West Cesar Chavez Street
Austin, TX 78701
kskarin@x.ai
rcoleman@x.ai

Todd A. Noteboom
Andrew P. Leiendecker
Sarah R. Almquist
STINSON LLP

50 South Sixth Street
Suite 2600
Minneapolis, MN 55402
(612) 335-1500
todd.noteboom@stinson.com
andrew.leiendecker@stinson.com
sarah.almquist@stinson.com

*Attorneys for Plaintiff-Appellant*
*X.AI LLC n/k/a SpaceXAI LLC*

## CERTIFICATE OF SERVICE

I certify that on September 23, 2026, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Eighth Circuit by using the CM/ECF system, which will serve all counsel of record.

Dated: September 23, 2026

*/s/Robert E. Dunn*
Robert E. Dunn

*Attorney for Plaintiff-Appellant*
*X.AI LLC n/k/a SpaceXAI LLC*