No. 26-2806

---

IN THE

# United States Court of Appeals for the Eighth Circuit

---

X.AI LLC,
Plaintiff-Appellant,

v.

KEITH ELLISON, IN HIS OFFICIAL CAPACITY, AS
ATTORNEY GENERAL OF MINNESOTA
Defendant-Appellee.

---

On Appeal From
The United States District Court for the District of Minnesota
No. 0:26-cv-03425-DWF-DTS
Judge Donovan W. Frank

---

## CERTIFICATE OF COMPLIANCE FOR PLAINTIFF-APPELLANT'S UNOPPOSED MOTION TO AMEND THE CAPTION TO REFLECT A NAME CHANGE

---

Plaintiff-Appellant's Unopposed Motion to Amend the Caption to Reflect a Name Change, filed in this court on September 23, 2026, complies with the type-volume limitation of Federal Rule of Appellate Pro-

cedure 27(d)(2)(A) because it contains 208 words, excluding the parts exempted by Rule 32(f).

2. This motion complies with the typeface requirements of Rule 32(a)(5) and the type-style requirements of Rule 32(a)(6) because it has been prepared in a proportionally spaced typeface using Microsoft Word in 14-point Century Schoolbook.

Dated: September 25, 2026

Respectfully submitted,

/s/ *Robert E. Dunn*
Robert E. Dunn
EIMER STAHL LLP
1999 S. Bascom Ave., Suite 1025
Campbell, CA 95008
(408) 889-1690
RDunn@eimerstahl.com

Johnathan Hall
EIMER STAHL LLP
224 S. Michigan Ave., Suite 1100
Chicago, IL 60604
(312) 660-7600
jhall@eimerstahl.com

Kenton J. Skarin
Reid Coleman
SPACEXAI LLC
800 West Cesar Chavez Street
Austin, TX 78701
kskarin@x.ai
rcoleman@x.ai

Todd A. Noteboom
Andrew P. Leiendecker
Sarah R. Almquist
STINSON LLP
50 South Sixth Street, Suite 2600
Minneapolis, MN 55402
(612) 335-1500
todd.noteboom@stinson.com
andrew.leiendecker@stinson.com
sarah.almquist@stinson.com

*Counsel for Plaintiff-Appellant*
*X.AI LLC n/k/a SpaceXAI LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on September 25, 2026, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Eighth Circuit by using the CM/ECF system, which will serve all counsel of record.

/s/ *Robert E. Dunn*
Robert E. Dunn

*Counsel for Plaintiff-Appellant*
*X.AI LLC n/k/a SpaceXAI LLC*