**UNITED STATES COURT OF APPEALS**
**FOR THE EIGHTH CIRCUIT**

No. 26-2806

SpaceXAI LLC

Appellant

v.

Keith M. Ellison, in his official capacity as Attorney General of Minnesota

Appellee

------------------------------

First Amendment Lawyers Association, et al.

Amici on Behalf of Appellant(s)

---

Appeal from U.S. District Court for the District of Minnesota
(0:26-cv-03425-DWF)

---

**ORDER**

The motion of Foundation for Individual Rights and Expression, First Amendment Lawyers Association, and Woodhull Freedom Foundation, for leave to file a brief amicus curiae is granted, subject to review of the brief for compliance with the rules of procedure.

Appellant's motion to modify this court's caption is also granted. The caption is hereby modified. A copy is attached. Counsel are directed to modify their records accordingly.

September 29, 2026

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.

/s/ Susan E. Bindler