**Caption For Case Number: 26-2806**

SpaceXAI LLC

Plaintiff - Appellant

v.

Keith M. Ellison, in his official capacity as Attorney General of Minnesota

Defendant - Appellee

------------------------------

First Amendment Lawyers Association; Foundation for Individual Rights and Expression; Woodhull Freedom Foundation

Amici on Behalf of Appellant(s)