**UNITED STATES COURT OF APPEALS**
**FOR THE EIGHTH CIRCUIT**

No. 26-2806

SpaceXAI LLC

Appellant

v.

Keith M. Ellison, in his official capacity as Attorney General of Minnesota

Appellee

------------------------------

First Amendment Lawyers Association, et al.

Amici on Behalf of Appellant(s)

---

Appeal from U.S. District Court for the District of Minnesota
(0:26-cv-03425-DWF)

---

**ORDER**

Liberty Justice Center has filed a motion for leave to file an amicus brief on behalf of the Appellant.

No objections have been filed and the motion is granted. The brief submitted with the motion will not be filed at this time. Liberty Justice Center may file the brief within seven days of the filing of the Appellant's opening brief in this appeal.

October 02, 2026

Order Entered Under Rule 27A(a):
Clerk, U.S. Court of Appeals, Eighth Circuit.

/s/ Susan E. Bindler