**UNITED STATES COURT OF APPEALS**
**FOR THE EIGHTH CIRCUIT**
**Appeal No. 26-2806**

---

SpaceXAI LLC,
Appellant,
v.

Keith Ellison,
Appellee.

**UNOPPOSED MOTION FOR LEAVE TO FILE AN AMICUS BRIEF LATER THAN NORMAL DEADLINE BY PROPOSED *AMICI CURIAE* AMERICAN CIVIL LIBERTIES UNION AND AMERICAN CIVIL LIBERTIES UNION OF MINNESOTA**

---

On September 9, 2026, this Court set the briefing schedule for the above-captioned matter, with appellant's brief due on October 29, 2026. Under Federal Rule of Appellate Procedure 29(a)(6), briefs of amicus curiae in support of appellant would be due on November 5, 2026. Federal Rule of Appellate Procedure 26(b) permits the court to "extend the time prescribed by these rules or its order" for good cause. Eighth Circuit Rule 27A(a)(2) provides that "[t]he clerk has discretion to enter orders on behalf of the court" in certain matters, including "extensions of time for filing briefs and records." Counsel for proposed amici curiae American Civil Liberties Union (ACLU) and American Civil Liberties Union of Minnesota (ACLU of Minnesota) respectfully request a seven-day extension of time to file a proposed amicus brief, until November 12, 2026. The ACLU and ACLU of Minnesota plan to file in favor of reversal because while state

laws regulating nonconsensual intimate imagery have survived constitutional scrutiny, the law at issue in this appeal sweeps far more broadly. It sweeps in consensual images and images commonly understood not to be intimate, such as men without shirts, potentially blocking speech by creators of sexually suggestive or explicit content of themselves, artists, and political commentators.

Both parties have consented to a one-week extension of time.

There is good cause for an extension of time to file a proposed amicus brief. A parent of the legal director of the ACLU of Minnesota recently passed away, with funeral services planned for November 4. Due to family commitments, she does not anticipate being available to review and approve of filings before the current due date for briefs of *amicus curiae* in support of the appellant on November 5. State affiliates of the American Civil Liberties Union such as the ACLU of Minnesota play an integral part in reviewing and approving filings regarding state laws. The ACLU of Minnesota would face significant difficulty in fulfilling this role by the current deadline.

For these reasons, proposed *amici curiae* ACLU and ACLU of Minnesota respectfully request that the Court extend the deadline for filing their proposed brief until November 12, 2026.

Dated: October 28, 2026

Respectfully submitted,

/s/ Cody Venzke
Cody Venzke
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
915 15th St. NW
Washington, DC 20005
Tel.: (202) 715-0816
Email: cvenzke@aclu.org

Teresa Nelson (MN #0269736)
AMERICAN CIVIL LIBERTIES UNION OF MINNESOTA
P.O. Box 14720
Minneapolis, MN 55414
Tel.: (651) 645-4097
Email: tnelson@aclu-mn.org

*Counsel for* Amici Curiae

## CERTIFICATE OF COMPLIANCE

This motion complies with the type-volume limitations imposed by Federal Rule of Appellate Procedure 27(d)(2). It contains 355 words.

This motion complies with the typeface and typestyle requirements of Federal Rules of Appellate Procedure 27(d)(1), 32(a)(5), and 32(a)(6). It has been prepared in a proportionally spaced typeface using Microsoft Word in 14-point Times New Roman font.

This motion complies with the electronic-filing requirements of Local Rule 28A(h)(2) because it was scanned for viruses using Windows Defender and no virus was detected.

Dated: October 28, 2026

/s/ Cody Venzke
Cody Venzke

*Counsel for* Amici Curiae

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 28, 2026, I caused the foregoing to be electronically filed with the Clerk of the Court for the United States Court of Appeals for the Eighth Circuit by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

Dated: October 28, 2026

/s/ Cody Venzke
Cody Venzke

*Counsel for* Amici Curiae