**UNITED STATES COURT OF APPEALS**
**FOR THE EIGHTH CIRCUIT**

No. 26-2806

SpaceXAI LLC

Appellant

v.

Keith M. Ellison, in his official capacity as Attorney General of Minnesota

Appellee

------------------------------

First Amendment Lawyers Association, et al.

Amici on Behalf of Appellant(s)

---

Appeal from U.S. District Court for the District of Minnesota
(0:26-cv-03425-DWF)

---

**ORDER**

American Civil Liberties Union and American Civil Liberties Union of Minnesota's motion for extension of time to file brief until November 12, 2026 is granted. ACLU of Minnesota and ACLU Foundation have not been granted leave to file an amicus brief. When they file their brief, ACLU of Minnesota and ACLU Foundation must seek leave of court to file their brief or state it in its brief that all parties have consented to its filing under Federal Rule of Appellate Procedure 29(a)(2).

October 30, 2026

Order Entered Under Rule 27A(a):
Clerk, U.S. Court of Appeals, Eighth Circuit.

/s/ Susan E. Bindler