# United States Court of Appeals
***For The Eighth Circuit***
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
**St. Louis, Missouri 63102**

**Susan E. Bindler**
***Clerk of Court***

**VOICE (314) 244-2400**
**FAX (314) 244-2780**
**www.ca8.uscourts.gov**


**TO:** Robert Edward Dunn

**CC:**

| | |
|---|---|
| Sarah Almquist | Reid Coleman |
| Madeleine R. DeMeules | Peter J. Farrell |
| Johnathan T. Hall | Margaret Jacot |
| Timothy Edward Kilcullen | Janine Wetzel Kimble |
| Andrew Leiendecker | Ronald London |
| Teresa Nelson | Todd Noteboom |
| Kenton J. Skarin | Timothy R. Snowball |
| Cody James Venzke | |

**DATE:** November 03, 2026

**RE:** 26-2806 SpaceXAI LLC v. Keith Ellison

Your paper briefs in the above-case have been received. In reviewing the briefs, we noted the deficiencies shown below.

__X___Please file a Corrected Certificate of Service entry in CM/ECF showing service of the paper copies of your brief.

NDG