No. 26-2806

IN THE

# United States Court of Appeals for the Eighth Circuit

SPACEXAI LLC,
Plaintiff-Appellant,

v.

KEITH ELLISON, IN HIS OFFICIAL CAPACITY AS ATTORNEY GENERAL OF MINNESOTA,
Defendant-Appellee.

On Appeal From
The United States District Court for the District of Minnesota
No. 0:26-cv-03425-DWF-DTS
Judge Donovan W. Frank

## CORRECTED CERTIFICATE OF SERVICE

SUBMITTED BY:

Robert E. Dunn
*Counsel of Record*
EIMER STAHL LLP
1999 S. Bascom Ave., Suite 1025
Campbell, CA 95008
(408) 889-1690
RDunn@eimerstahl.com

*Counsel for Plaintiff-Appellant SpaceXAI LLC*

## CORRECTED CERTIFICATE OF SERVICE

I hereby certify that on October 29, 2026, I electronically filed Plaintiff-Appellant SpaceXAI's Opening Brief and Addendum with the Clerk of the Court for the United States Court of Appeals for the Eighth Circuit by using the CM/ECF system, which will serve all counsel of record. I certify that all participants in the case are registered CM/ECF users and that service was accomplished by the CM/ECF system.

I further certify that on November 2, 2026, I caused to be sent 10 paper copies of the Opening Brief and Addendum and 3 paper copies of the Joint Appendix to the Clerk of Court for the United States Court of Appeals for the Eighth Circuit, and one paper copy of the Opening Brief and Addendum and one paper copy of the Joint Appendix to opposing counsel, via FedEx overnight delivery to the following locations:

Clerk's Office
Thomas F. Eagleton Courthouse
111 South 10th Street
Room 24.329
St. Louis, MO 63102

Janine Kimble
Assistant Attorneys General
445 Minnesota Street, Suite 600
St. Paul, Minnesota 55101-2125

Dated: November 3, 2026

/s/ *Robert E. Dunn*

Robert E. Dunn
*Counsel for Plaintiff-Appellant SpaceXAI LLC*