**No. 26-2806**

In the United States Court of Appeals
for the Eighth Circuit

---

SpaceXAI LLC,

*Plaintiff-Appellant,*

*v.*

KEITH M. ELLISON, in his official capacity
as Attorney General of Minnesota

*Defendant-Appellee.*

---

On Appeal from the United States District Court
for the District of Minnesota,
Case No. 0:26-cv-03425-DWF-DTS

---

# MOTION OF THE DUKE LAW FIRST AMENDMENT CLINIC TO FILE AS AMICUS CURIAE

---


Sarah H. Ludington
C. Amanda Martin
The Duke Law First Amendment Clinic
210 Science Drive
Durham, NC 27708
(919) 613-7048
ludington@law.duke.edu

*Counsel for Amicus Curiae*

## MOTION FOR LEAVE TO FILE AMICUS BRIEF

The Duke Law First Amendment Clinic (FAC) respectfully requests leave to file the attached amicus brief in support of Plaintiff-Appellant. The brief that the FAC proposes to file is attached as Exhibit A, along with a certificate of compliance.

## INTERESTS OF AMICUS CURIAE

The Duke Law First Amendment Clinic is a clinical program of Duke University School of Law dedicated to defending and advancing the freedoms of speech, press, assembly, and petition. The Clinic litigates in state and federal courts nationwide, serves as a public resource on free expression and press rights, and trains law students to practice in this field.

Amicus submits this brief to draw this Court's attention to the practical consequences of Minn. Stat. § 325E.91 for Minnesotans engaged in lawful expressive activity. The statute's reach extends beyond the harms the legislature identified to encompass, among others, clinicians who work with medical imaging, researchers who develop and audit image-generation models, and artists working in figurative and documentary media. The Clinic has researched the statute's effect on these Minnesotans, who are not parties to this appeal and whose interests are not represented in the parties' briefing. These effects bear directly on the overbreadth and vagueness questions in this appeal.

Dated: November 5, 2026

Respectfully Submitted,


*<u>/s/ Sarah H. Ludington</u>*
Sarah H. Ludington
C. Amanda Martin
Duke First Amendment Clinic
210 Science Drive
Durham, NC 27708
(919) 613-7048
ludington@law.duke.edu

*Counsel for Amicus the Duke Law First Amendment Clinic*

## CERTIFICATE OF SERVICE

I hereby certify that on November 5, 2026, the foregoing document was served on all parties or their counsel of record through the CM/ECF system.

*/s/ Sarah H. Ludington*

November 5, 2026