# United States Court of Appeals
*For The Eighth Circuit*
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
**St. Louis, Missouri 63102**

**Susan E. Bindler**
***Clerk of Court***

**VOICE (314) 244-2400**
**FAX (314) 244-2780**
**www.ca8.uscourts.gov**


**TO:** Ronald London
**cc:** Sarah Almquist
Reid Coleman
Madeleine R. DeMeules
Robert Edward Dunn
Peter J. Farrell
Johnathan T. Hall
Margaret Jacot
Timothy Edward Kilcullen
Janine Wetzel Kimble
Steven P. Lehotsky
Andrew Leiendecker
Sarah Hutt Ludington
Jeremy Evan Maltz
Teresa Nelson
Todd Noteboom
Serena M. Orloff
Edward Ray IV
Kenton J. Skarin
Timothy R. Snowball
Cody James Venzke

**DATE:** November 10, 2026

**RE:** 26-2806 SpaceXAI LLC v. Keith Ellison

Your brief in the above-case has been received. In reviewing the brief for filing, we noted the deficiency shown below. Your brief cannot be filed until the defect is corrected. Please correct the defect within five days and resubmit the brief electronically for final review and processing. See 8th Cir. R. 28A(b). If the resubmitted brief passes review, you will receive a Notice of Docket Activity informing you that the brief has been filed. Upon receipt of this notice, you have five days to submit the paper copies of the brief and addendum required by 8th Cir. R. 28A(d) and (g)(4). Please contact us if you have any questions.

__X__ REFERENCES TO THE RECORD. See 8th Cir. R. 28A(j)

__x__ Please change "JA61" found in the footnote on page 10 (pdf page 17) to "App."

Again, your brief cannot be filed until you correct the defect. Failure to correct may result in the issuance of an order to show cause why the appeal should not be dismissed (for appellant's

opening brief) or why you should not be barred from filing the brief (for briefs other than appellant's opening brief). Thank you for your prompt attention to this matter. If you have any questions, please feel free to contact us.

CRJ