**No. 26-2806**

In the United States Court of Appeals
for the Eighth Circuit

SpaceXAI LLC,

*Plaintiff-Appellant,*

*v.*

KEITH M. ELLISON, in his official capacity
as Attorney General of Minnesota

*Defendants-Appellee.*

On Appeal from the United States District Court
for the District of Minnesota,
Case No. 0:26-cv-03425-DWF-DTS

# CERTIFICATE OF COMPLIANCE WITH TYPE VOLUME LIMITATION AND TYPEFACE AND TYPE-STYLE REQUIREMENTS RE: MOTION OF THE DUKE LAW FIRST AMENDMENT CLINIC TO FILE AS AMICUS CURIAE

1. The motion complies with the type-volume limitation of Federal Rule of Appellate Procedure 27(d)(2)(A) because it contains 208 words, excluding the parts exempted by Rule 32(f).

2. The motion complies with the typeface requirements of Rule 32(a)(5) and the type-style requirements of Rule 32(a)(6) because it has been prepared in a

proportionally spaced typeface using Microsoft Word in 14-point Times New Roman.

Dated: November 12, 2026

Respectfully Submitted,

*/s/ Sarah H. Ludington*
Sarah H. Ludington
C. Amanda Martin
Duke First Amendment Clinic
210 Science Drive
Durham, NC 27708
(919) 613-7048
ludington@law.duke.edu

*Counsel for Amicus the Duke Law First Amendment Clinic*

## CERTIFICATE OF SERVICE

I hereby certify that on November 12, 2026, the foregoing document was served on all parties or their counsel of record through the CM/ECF system.

*/s/ Sarah H. Ludington*
Sarah H. Ludington

November 12, 2026