**UNITED STATES COURT OF APPEALS**
**FOR THE EIGHTH CIRCUIT**

No. 26-2806

SpaceXAI LLC

Appellant

v.

Keith M. Ellison, in his official capacity as Attorney General of Minnesota

Appellee

------------------------------

First Amendment Lawyers Association, et al.

Amici on Behalf of Appellant(s)

---

Appeal from U.S. District Court for the District of Minnesota
(0:26-cv-03425-DWF)

---

**ORDER**

Liberty Justice Center's motion for leave to file an amicus curiae brief is denied as moot.

November 12, 2026

Order Entered Under Rule 27A(a):
Clerk, U.S. Court of Appeals, Eighth Circuit.

_______________________________________________

/s/ Susan E. Bindler