UNITED STATES COURT OF APPEALS FOR THE EIGHTH CIRCUIT
**APPEARANCE OF COUNSEL**

Case Title: SpaceXAI LLC vs. Keith Ellison

**The Clerk will enter my appearance as Counsel in Appeal No.** 26-02806 for the following party(s): (please specify)

NetChoice

☐ Appellant(s) ☐ Petitioner(s) ☐ Appellee(s) ☐ Respondent(s) ☑ Amicus Curiae ☐ Intervenor(s)

**Please compare your information below with your information on PACER. Any updates or changes must be made through PACER's Manage my Account.**

Attorney Name: Steven P. Lehotsky s/: Steven P. Lehotsky

Firm Name: Lehotsky Cohn

Business Address: 200 Massachusetts Avenue, NW, Suite 700

City/State/Zip: Washington, DC 20001

Telephone Number (Area Code): (512) 693-8350

Email Address: steve@lehotskycohn.com

---

**CERTIFICATE OF SERVICE**

☑ I hereby certify that on 11/13/26, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Eighth Circuit by using the CM/ECF system.

☐ I further certify that some of the participants in the case are not CM/ECF users. I have mailed the foregoing document by First-Class Mail, postage prepaid, or have dispatched it to a third-party commercial carrier for delivery within 3 calendar days, to the following non-CM/ECF participants: